USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/27/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JUSCINSKA,

                Plaintiff,

-against-

NP RED ROCK, LLC,

                Defendant.

20 Civ. 681 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's motion to adjourn the initial pretrial conference, ECF No. 9, is GRANTED in part and DENIED in part. The initial pretrial conference scheduled for April 2, 2020, is ADJOURNED to **May 4, 2020**, at **11:20 a.m.** By **April 27, 2020**, the parties shall file their joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 9.

    SO ORDERED.

Dated: March 27, 2020
       New York, New York

                              ANALISA TORRES
                              United States District Judge